# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY CROSS,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 3:14-cv-00434-RCJ-VPC

**ORDER**

Respondents had filed a motion for leave to file exhibit under seal. ECF No. 42. Respondents had not attached the proposed exhibit 17 to that motion. The court granted the motion, and the court instructed respondents to file the exhibit under seal at their earliest convenience. ECF No. 45. Respondents have not yet filed this exhibit. The court's review of the pleadings indicates that this exhibit will be necessary for the court's decision. Respondents need to file the exhibit under seal.

IT IS THEREFORE ORDERED that respondents file their exhibit 17 under seal within fourteen (14) days from the date of entry of this order.

DATED: June 12, 2017.

_____
ROBERT C. JONES
United States District Judge