# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY CROSS, | Case No. 3:14-cv-00434-RCJ-VPC |
| Petitioner, | **ORDER** |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Petitioner has filed a motion requesting court order (ECF No. 54). The court denies this motion. Petitioner also has filed a motion requesting court docket sheets (ECF No. 56). The court grants this motion.

On October 17, 2017, this court denied the petition for a writ of habeas corpus, entered final judgment, and declined to issue a certificate of appealability. ECF No. 52, 53. Petitioner appealed. ECF No. 55. On March 12, 2018, the court of appeals denied a certificate of appealability, thus ending this litigation. ECF No. 61. Petitioner's motion requesting a court order (ECF No. 54) asks the court to order the Nevada Department of Corrections to preserve documents related to the disciplinary appeal of another inmate. This motion is moot because the court has entered final judgment and petitioner's appeal has concluded.

IT THEREFORE IS ORDERED that petitioner's motion requesting court order (ECF No. 54) is **DENIED** as moot.

IT FURTHER IS ORDERED that petitioner's motion requesting court docket sheets (ECF No. 56) is **GRANTED**. The clerk of the court shall send petitioner a copy of the docket sheet for this action.

DATED: This 24th day of September, 2018.

_____
ROBERT C. JONES
United States District Judge